People of the State of Illinois, Plaintiff-Appellee, v. Willie Knight, Defendant-Appellant.

Gen. No. 50,384.

First District, Third Division.

May 5, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joel

M. Flaum, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. **Not to be published in full.**